IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GERALDINE FARLEY,

    Plaintiff,

v.                                                             CV 15-268 LH/WPL

CITY OF ALBUQUERQUE,

    Defendant.

**ORDER GRANTING MOTION TO RECONSIDER**

This matter comes before me on the Defendant's Motion to Reconsider my Order Granting Motion to Continue. (Doc. 13.) The Defendant requests that I reconsider the 120-day extension I granted to Plaintiff Geraldine Farley and reset the Initial Scheduling Conference for thirty days from its original date. Farley had until May 22, 2015 to file a response to the motion. *See* D.N.M.LR-Civ. 7.4. Farley did not respond in the allotted time. Therefore, Farley consents to the motion. D.N.M.LR-Civ. 7.1(b). The October 2, 2015, Initial Scheduling Conference and associated deadlines are **VACATED**. The Initial Scheduling Conference is **RESET** for **July 6, 2015, at 9:00 a.m.** The Joint Status Report shall be submitted no later than **5:00 p.m. on June 29, 2015.** If Farley has retained legal counsel by June 28, 2015, Farley's counsel is responsible for filing the Joint Status Report. If Farley continues to proceed pro se, the Defendant is responsible for filing the Joint Status Report.

All other requirements and directions of the Initial Scheduling Order (Doc. 9) remain in effect. No further alterations to the Initial Scheduling Conference will be permitted.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.